# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:  Jillian Washington | ) | Chapter 13 |
| | ) | Case No. 19 B 16987 |
| Debtor(s) | ) | Judge LaShonda A. Hunt |

## Notice of Motion

Jillian Washington
18573 Meadow Lane
Hazel Crest, IL  60429

Debtor Attorney: Cutler & Associates Ltd
via Clerk's ECF noticing procedures

On September 09, 2019 at 10:30 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 719
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Friday, August 2, 2019.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 06/14/2019.

2. The debtor(s) have failed to commit all disposable income to the plan.

3. The Debtor has failed to amend schedule I to list the correct income amount.

4. The Debtor has failed to amend the plan at section 5.1 to provide unsecured creditors will be paid a minimum of 100% of their allowed claims plus interest due to equity.

5. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE